UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X
ANTHONY CHAMBERS and
DARIT JACKSON,

                Plaintiffs,

-against-                                    04-CV-3069

COUNTY OF SUFFOLK, SUFFOLK                        JURY VERDICT
COUNTY POLICE DEPARTMENT,
POLICE OFFICER AUE, Shield # 5149,
POLICE OFFICER DAVID FUENTES,
Shield # 5137 and JOHN DOE # 1
through JOHN DOE #5, being fictitious
names for Suffolk County Police Officers,

                Defendants.
------------------------------------------------------X

1. As to plaintiff Anthony Chambers' claim alleging false arrest, we the Jury find in favor of (circle one)   PLAINTIFF   **(DEFENDANTS)** and against (circle one) **(PLAINTIFF)** DEFENDANTS.

   Date: May 8th, 2009    Foreperson _[signature]_

2. As to plaintiff Anthony Chambers' claim alleging excessive force, we the Jury find in favor of (circle one) PLAINTIFF **(DEFENDANTS)** and against (circle one) **(PLAINTIFF)** DEFENDANTS.

   Date: May 8th, 2009    Foreperson _[signature]_

Court's Exhibit #10
5/8/09   4:31 pm

3. As to plaintiff Anthony Chambers' claim alleging unreasonable search, we the Jury find in favor of (circle one) PLAINTIFF (DEFENDANTS) and against (circle one) (PLAINTIFF) DEFENDANTS.

Date: May 8th, 2009    Foreperson _____

4. If you the Jury find in favor of plaintiff and against defendants as to Jury Verdict (1), (2) and/or (3), complete the following:

If you the Jury find that plaintiff is entitled to nominal damages, please state the amount: $_____. If you find that nominal damages are not appropriate, please place a zero on the line

If you the Jury find that plaintiff is entitled to compensatory damages, please state the amount: $_____. If you find that compensatory damages are not appropriate, please place a zero on the line.

If you the Jury find that plaintiff is entitled to punitive damages, please state the amount: $_____. If you find that punitive damages are not appropriate, please place a zero on the line.