# UNITED STATES DISTRICT COURT
for the

EASTERN District of NEW YORK

ANTHONY CHAMBERS and DARIT JACKSON
*Plaintiff*
v.
COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, POLICE OFFICER AUE, SHIELD#5149, POLICE OFFICER DAVID FUENTES #5137, JOHN DOE #1 through JOHN DOE #5, being fictitious names for Suffolk County Police Officers
*Defendant*

Civil Action No.   2004CV 3069 (TCP)(ETB)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

X  other:   the plaintiff ANTHONY CHAMBERS recover nothing from defendants.   During trial, the Court granted defendants' motion to dismiss plaintiff, DARIT JACKSON's claims.  Judgment is entered in favor of defendants and against plaintiffs, ANTHONY CHAMBERS and DARIT JACKSON, the action is closed.   .

This action was *(check one)*:

X  tried by a jury with Judge   THOMAS C. PLATT   presiding, and the jury has rendered a verdict.

☐  tried by Judge   without a jury and the above decision was reached.

☐  decided by Judge   on a motion for   .

Date:   May 11, 2009                                                              *ROBERT C. HEINEMANN* CLERK OF COURT

                                                                                          /s/ Karen McMorrow
                                                                                          *Signature of Clerk or Deputy Clerk*